**No. 10-10534. James R. Anderson, Petitioner v. Michael Wenerowicz, Superintendent, State Correctional Institution at Graterford, et al.**

565 U.S. 840, 132 S. Ct. 150, 181 L. Ed. 2d 66, 2011 U.S. LEXIS 5910.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 406 Fed. Appx. 574.